USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEEPTI DHIMAN,

                Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC,

                Defendant.

1:25-cv-1581-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        The Court is in receipt of a letter titled "Notice of Settlement" filed by Plaintiff informing the Court that Plaintiff has resolved her claims against Defendant Equifax Information Services LLC. [ECF No. 14]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if Plaintiff and Defendant Equifax Information Services LLC are unable to memorialize their settlement in writing and as long as the application to restore the action is made by July 30, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  June 30, 2025**
**New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**